COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

James R. Townley
Calcasieu Corr Cen 710-10
P. O. Box 2017
Lake Charles LA 70601

**REHEARING ACTION: August 20, 2014**

**Docket Number: 14   00625-KH**

**STATE OF LOUISIANA
VERSUS
JAMES R. TOWNLEY**

**Writ Application from Calcasieu Parish Case No. 16845-13 / 19592-13, 22550-13 /
11713-14, 808-14 RC**

**BEFORE JUDGES:**

**Hon. Marc T. Amy
Hon. J. David Painter
Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James R. Townley** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent